IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-30136-MJR |
| | ) | |
| WARREN G. GRIFFIN, II, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF FACTS

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Ali Summers, Assistant United States Attorney for said District, and herewith enters into the following Stipulation of Facts with the Defendant:

1. On August 9, 2018, an Illinois State Police Trooper was on patrol on Interstate 55 southbound north of Hamel, Illinois when he observed a silver 2005 Lexis traveling over the posted 70 mile per hour speed limit.

2. The Trooper initiated a traffic stop of the vehicle. The Trooper approached the driver and asked for identification. The driver handed the office his a driver's license identifying himself as the Defendant, Warren Griffin, II, with a residence in Kentucky.

3. The Trooper was advised that Griffin had a warrant for his arrest for federal charges in the Eastern District of Kentucky.

4. The Trooper asked Griffin to exit the vehicle at which time other Illinois State Police officers approached Griffin to place him under arrest.

5. As the officers attempted to handcuff him, Griffin refused to put his hands behind his back and actively resisted until he was subdued and handcuffed.

6. Once Griffin was handcuffed, ISP Agent Wood conducted a pat down search at which time

he felt what he believed to be a firearm in the front part of Griffin's shorts. Agent Wood asked Griffin, "is that a gun?" to which Griffin said "yes."

7. The firearm then fell out of the bottom of Griffin's shorts to the ground and was collected as evidence.

8. The firearm located on Griffin's person was a .380 caliber Ruger LCP, bearing serial number 375-69802. The firearm was loaded with five rounds of ammunition.

9. The Ruger LCP and some or all of its component parts were manufactured in Arizona and therefore travelled in or affected interstate commerce prior to Griffin's possession of the firearm.

10. Griffin was convicted of a felony punishable by imprisonment for a term exceeding one year, being Felon in Possession of a Firearm, in the United States District Court for the Southern District of Illinois, on November 15, 1996, in Case No. 96-CR-30057-WDS.

11. All of these events occurred in the Southern District of Illinois.

12. The Defendant agrees to forfeit the .380 caliber Ruger LCP, bearing serial number 375-69802 and any and all ammunition.

**SO STIPULATED:**

| | |
|---|---|
| *(signature)* | STEVEN D. WEINHOEFT<br>United States Attorney |
| WARREN G. GRIFFIN<br>Defendant | *(signature)*<br>ALI SUMMERS<br>Assistant United States Attorney |
| *(signature)*<br>DAVID BRENGLE<br>Attorney for Defendant | |
| Date: 11/08/2018 | Date: 11/08/2018 |